United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HARRISON, JOHN BUCKLEY III, MARGARET LOPEZ, ANDY LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR.,SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE, and TRACEY SMITH, as Personal Representative of the Estate of RUBIN SMITH, <br><br>Plaintiff/Debtor Creditors,<br><br>v.<br><br>THE REPUBLIC OF SUDAN,<br><br>Defendant/Judgment Debtor. | No. 13-mc-80116 JSW <br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' EX PARTE APPLICATION AND RESERVING RIGHT TO REFER FURTHER COLLECTION MATTERS TO MAGISTRATE JUDGE BEELER** |

This matter comes before the Court upon consideration of Magistrate Judge Beeler's Report and Recommendation (Docket No. 9), in which she recommends that the Court grant Plaintiffs' *Ex Parte* Application for Entry of Order Finding Sufficient Time Has Passed to Seek Attachment and Execution of Defendant/Judgment Debtor's Assets (Docket No. 5). The Court finds the Report and Recommendation thorough and well reasoned and adopts it in every respect. The Court shall enter Plaintiffs' proposed order, with slight modifications.

//

//

//

It is FURTHER ORDERED that, as Plaintiffs commence efforts to attach and execute on the judgment, the Court reserves the right to refer any further proceedings in this matter to Magistrate Judge Beeler for purposes of preparing further reports and recommendations as necessary.

**IT IS SO ORDERED.**

Dated: July 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Beeler