Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:    (415) 979-0511

**Attorneys for plaintiffs and judgment creditors:**
Rick Harrison, John Buckley III, Margaret Lopez, Andy Lopez, Keith Lorenson, Lisa Lorenson, Edward Love, Robert McTureous, David Morales, Gina Morris, Martin Songer, Jr., Shelly Songer, Jeremy Stewart, Kesha Stidham, Aaron Toney, Eric Williams, Carl Wingate, and Tracey Smith as the Personal Representative of the Estate of Rubin Smith

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HARRISON, JOHN BUCKLEY III, MARGARET LOPEZ, ANDY LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR., SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE, and TRACEY SMITH, as Personal Representative of the Estate of RUBIN SMITH,<br><br>    Plaintiffs/Judgment Creditors,<br>  v.<br>THE REPUBLIC OF SUDAN,<br><br>    Defendant/Judgment Debtor. | Case No. 3:13-mc-80116-JSW<br><br>[PROPOSED]<br><br>ORDER AUTHORIZING Plaintiffs to Seek ATTACHMENT, EXECUTION AND ENFORCEMENT OF JUDGMENT<br><br>(28 U.S.C. § 1605A(g)) |

Upon the ex parte application of plaintiffs, and with good cause appearing, IT IS HEREBY ORDERED that the application be, and it hereby is GRANTED, the Court finding that sufficient time has passed to seek attachment and execution of Defendants/Judgment-Debtors' Assets within this jurisdiction. The Court hereby concludes that, under 28 U.S.C. § 1610(c), all conditions precedent to the Plaintiffs' request to attach and execute against blocked assets of the Defendant/Judgment Debtor, Republic of Sudan, have

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

been met, including providing proper notification of the default judgment to the Defendant/Judgment Debtor, pursuant to 28 U.S.C. § 1608(e), and that, for the purposes of attachment and execution, a reasonable period of time has elapsed following the entry of judgment and the giving of notice to the Defendant/Judgment Debtor.  The Plaintiffs are hereby authorized to seek attachment of frozen assets located within this jurisdiction using post-judgment enforcement procedures. This Order should not be construed as an authorization to attach any particular assert.

DATED: ~~June ___, 2013~~
July 22, 2013

BY THE COURT:

_____
Jeffrey S. White
United States District Judge

2
ORDER AUTHORIZING ATTACHMENT AND ENFORCEMENT OF JUDGMENT
3:13-MC-80116-JSW